**FILED**
MAR 2 5 2008   NF,

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| Mapquest, Inc., | ) |
| Plaintiff, | ) |
| v. | ) 08CV1732 |
| CIVIX-DDI, LLC, | ) JUDGE COAR |
|  | ) MAGISTRATE JUDGE MASON |
| Defendant. | ) |

### REQUEST TO FILE CASE UNDER SEAL PURSUANT TO L.R. 5.7

Defendant, CIVIX-DDI, LLC ("CIVIX"), by and through its counsel, and in accordance with Local Rule 5.7, moves this court to file the attached "Notice of Removal" (with accompanying Exhibit 1: "Complaint and Jury Demand" [including Exhibits A and B] and Exhibit 2: Order) as if they were restricted pursuant to L.R. 26.2. In support thereof CIVIX states that:

1. CIVIX believes that due to special circumstances which it will promptly bring to the attention of the judge to whom this case is to be assigned, it is necessary to restrict access to this case at filing with respect to all of the enclosed documents other than Exhibit 2.

2. CIVIX is aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the fourth business day following the date of filing.

Respectfully submitted,

*[signature]*

Gregory P. Casimer
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
E-mail: casimer@nshn.com

**Attorney for Defendant, CIVIX-DDI, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF REMOVAL** was served upon the following parties on March 25, 2008 by fax and hand delivery:

John A. Leja
Gary Y. Leung
McGuire Woods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100
Fax: (312) 641-2742

**Attorneys for Mapquest, Inc.**

_/s/ [signature]_