IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Mapquest, Inc., | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 08 CV 1732 |
| v. | ) ) Judge David H. Coar |
| CIVIX-DDI, LLC, | ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   See Attached Service List

    PLEASE TAKE NOTICE THAT on Thursday, April 3, 2008 at 9:00 a.m., counsel for CIVIX-DDI, LLC will appear before the Honorable David H. Coar or any judge sitting in his stead, in the Courtroom usually occupied by her, Room 1419, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present **CIVIX-DDI, LLC'S MOTION FOR L.R. 26.2 RESTRICTING ORDER,** a copy which is hereby attached.

    Respectfully submitted,

    s/ Gregory P. Casimer
    Raymond P. Niro
    David J. Sheikh
    Gregory P. Casimer
    David J. Mahalek
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison Street, Suite 4600
    Chicago, Illinois  60602
    (312) 236-0733
    **Attorneys for Plaintiff, CIVIX-DDI, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered counsel of record as identified on the Notice of Electronic Filing on March 28, 2008:

>John A. Leja
>Gary Y. Leung
>McGuire Woods, LLP
>77 W. Wacker Drive, Suite 4100
>Chicago, IL 60601
>(312) 849-8100
>Fax: (312) 641-2742
>**Attorneys for Mapquest, Inc.**

<u>*s/ Gregory P. Casimer*</u>