IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mapquest, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 CV 1732 |
| v. ) | |
| ) | Judge David H. Coar |
| CIVIX-DDI, LLC, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant CIVIX-DDI, LLC ("CIVIX") by and through its undersigned counsel, respectfully moves this court for an extension of time to May 1, 2008 to answer or otherwise respond to Plaintiff Mapquest, Inc.'s ("Mapquest") complaint.

Prior to filing this motion, Greg Casimer, counsel for CIVIX, conferred with John Leja, counsel for Mapquest, by telephone on Friday, March 28, 2008. In response to CIVIX's request for an extension of time, Mapquest indicated that it does not oppose a 30-day extension.

In support of its motion, CIVIX states the following:

1. The complaint in this case was filed under seal by CIVIX on March 25, 2008, pursuant to L.R. 5.7 and CIVIX's Notice of Removal.

2. The complaint, which had been previously filed by Mapquest in the Circuit Court of Cook County Illinois, had been originally served on CIVIX on February 25, 2008.

3. Pursuant to Fed.R.Civ.P. 81(c), CIVIX's answer is currently due on April 1, 2008.

4. In order to evaluate and prepare an adequate response to Mapquest's complaint, CIVIX respectfully requests a 30-day extension of time to May 1, 2008.

5.  This is CIVIX's first request for an extension of time. The request is made in good faith; and granting the request will not unreasonably delay the progress of this lawsuit or materially prejudice either party.

WHEREFORE, for the reasons set forth above, CIVIX respectfully requests that the court grant it an extension of time until and including May 1, 2008 to file its response to Mapquest's complaint.

Respectfully submitted,

_s/Gregory P. Casimer_
Gregory P. Casimer
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

**Attorneys for Defendant, CIVIX-DDI, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address on March 31, 2008:

> John A. Leja
> Gary Y. Leung
> McGuire Woods, LLP
> 77 W. Wacker Drive, Suite 4100
> Chicago, IL 60601
> (312) 849-8100
> Fax: (312) 641-2742
> jleja@mcguirewoods.com
>
> ***Attorneys for Mapquest, Inc.***

*s/Gregory P. Casimer*