IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Mapquest, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08 CV 1732 |
| v. | ) | |
| | ) | Judge David H. Coar |
| CIVIX-DDI, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on Monday, April 7, 2008 at 9:00 a.m., counsel for CIVIX-DDI, LLC  will appear before the Honorable David H. Coar or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 1419, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present CIVIX-DDI, LLC'S **UNOPPOSED MOTION FOR EXTENSION OF TIME,** a copy which is hereby attached.

Respectfully submitted,


*s/ Gregory P. Casimer*
Gregory P. Casimer
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733
**Attorneys for Plaintiff, CIVIX-DDI, LLC**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered counsel of record as identified on the Notice of Electronic Filing on March 31, 2008:

> John A. Leja
> Gary Y. Leung
> McGuire Woods, LLP
> 77 W. Wacker Drive, Suite 4100
> Chicago, IL 60601
> (312) 849-8100
> Fax: (312) 641-2742
> **Attorneys for Mapquest, Inc.**

> *s/ Gregory P. Casimer*