**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

MapQuest, Inc.
                          Plaintiff,

v.                                                   Case No.: 1:08−cv−01732
                                                      Honorable David H. Coar

Civix−DDI, LLC
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Defendant CIVIX is hereby ordered to supplement its motion [8] for extension of time to answer by explaining why, if it was served on February 25, 2008, it needs until May 1, 2008 to answer or plead. This supplement is to be filed on or before April 3, 2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.