Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1732 | DATE | 4/1/2008 |
| CASE TITLE | Mapquest, Inc vs. CIVIX-DDI, LLC | | |

**DOCKET ENTRY TEXT**

MOTION [6] by Defendant Civix-DDI, LLC for protective order Motion for L.R. 26.2 Restricting Order is Granted. Documents comprising of Exhibit to the Notice of Removal are restricted and shall remain under seal. The REQUEST [5] by defendant Civix-DDI, LLC to file case under seal pursuant to L.R. 5.7 is denied and the case is unsealed. ENTER ORDER GRANTING MOTION #6. Parties need not appear on the noticed motion date of 4/3/2008.

*[signature: David H. Coar]*

Docketing to mail notices.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|