IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mapquest, Inc., | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 08 CV 1732 |
| v. | ) |
| | ) Judge David H. Coar |
| CIVIX-DDI, LLC, | ) |
|     Defendant. | ) |

**ORDER GRANTING CIVIX'S
MOTION FOR L.R. 26.2 RESTRICTING ORDER**

Before the Court is CIVIX's Motion for L.R. 26.2 Restricting Order. The Court having considered the parties' submissions and arguments hereby grants CIVIX's motion. Accordingly, it is hereby **ORDERED** as follows:

The documents comprising Exhibit 1 to CIVIX's Notice of Removal are granted restricted status pursuant to L.R. 26.2, other than the non-redacted elements of Exhibit 1 to CIVIX's Motion for L.R. 26.2 Restricting Order.

SO ORDERED THIS 1st DAY OF April 2008.

Dated: *April 1, 2008*

_____
United States District Judge