IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAPQUEST, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIVIX-DDI, LLC, a Colorado Corporation,<br><br>Defendants. | Civil Action No. 08-CV-1732<br><br>Judge David H. Coar |

## CIVIX-DDI, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant, CIVIX-DDI, LLC ("CIVIX") hereby respectfully requests that the Court grant it leave to file under seal portions of its answer and counterclaims. In support of this Motion, CIVIX states as follows:

On April 1, 2008, the court granted CIVIX's motion for a Restricting Order pursuant to L.R. 26.2. The order granted restricted status to certain portions of the complaint filed by MapQuest in this case because the complaint included descriptions of sensitive commercial information of CIVIX's that is not generally known to the public. Necessarily, CIVIX's answer to this complaint repeats the allegations that have been granted restricted status. Also, in response to four of MapQuest's allegations, CIVIX's answers contain information that should be restricted for the same reasons.

Therefore, CIVIX respectfully requests leave to file certain portions of its answer and counterclaims under seal in the form of a redacted version of its complete answer and counterclaims.

1

Respectfully submitted,


*/s/ Gregory P. Casimer*
Gregory P. Casimer
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602-4515
Telephone: (312) 236-0733
Facsimile: (312) 236-1097
***Attorneys for Defendant CIVIX-DDI, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **CIVIX-DDI, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** which was filed electronically with the Court through the Electronics Case Filing System on April 25, 2008 will be sent electronically to the following registered counsel of record as identified on the Notice of Electronic Filing ("NEF"):

> John A. Leja
> Gary Y. Leung
> McGuire Woods, LLP
> 77 W. Wacker Drive, Suite 4100
> Chicago, IL 60601
> (312) 849-8100
> Fax: (312) 641-2742
> jleja@mcguirewoods.com
> gleung@mcguirewoods.com
>
> *Attorneys for Plaintiff, MapQuest, Inc.*
>
>
> */s/ Gregory P. Casimer*

3