**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

MapQuest, Inc.
                             Plaintiff,

v.                                                 Case No.: 1:08–cv–01732
                                                              Honorable David H. Coar

Civix–DDI, LLC
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable David H. Coar: MOTION by Defendant Civix–DDI, LLC, Counter Claimant Civix–DDI, LLC to seal document answer to complaint, counterclaim [21] is granted. The defendant shall file in the Clerk's Office by 5/2/2008 an original and one copy of the answer to the complaint, counterclaim. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.