IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAPQUEST, INC., a Delaware Corporation, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 08-CV-1732 |
| v. ) ) | Hon. Judge David H. Coar |
| CIVIX-DDI, LLC, a Colorado Corporation, ) ) ) | |
| Defendant. ) ) | |

## NOTICE OF MOTION

**TO:   See Attached Service List**

PLEASE TAKE NOTICE that on May 27, 2008, at 9:00 a.m., counsel for Plaintiff MapQuest, Inc. will appear before the Honorable David H. Coar or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 1419 at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present **MAPQUEST'S RULE 12(b)(6) MOTION TO DISMISS CIVIX'S COUNTERCLAIMS,** a copy which is hereby attached.

Dated:  May 19, 2008                                            Respectfully submitted,

                                                                                MAPQUEST, INC.


                                                                                /s/ John A. Leja

John A. Leja (ARDC No. 6256269)            Brian C. Riopelle
Gary Y. Leung (ARDC No. 6277889)         McGuireWoods LLP
McGuireWoods, LLP                                    One James Center
77 West Wacker Drive                                   901 East Cary Street
Suite 4100                                                      Richmond, Virginia 23219-4030
Chicago, IL 60601                                          804.775.1084
312.849.8100                                                  804.698.2150 (fax)
312.641.2742 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered counsel of record as identified on the Notice of Electronic Filing on May 19, 2008:

> Raymond P. Niro (rniro@nshn.com)
> David J. Sheikh (sheikh@nshn.com)
> Gregory P. Casimer (casimer@nshn.com)
> David J. Mahalek (mahalek@nshn.com)
> NIRO, SCAVONE, HALLER & NIRO
> 181 W. Madison Street Suite 4600
> Chicago, IL 60602-4635
> 312.236.3137 (fax)
> *Attorneys for Defendant CIVIX-DDI, LLC*

/s/ John A. Leja