**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

MapQuest, Inc.
        Plaintiff,

v.              Case No.: 1:08−cv−01732
              Honorable David H. Coar

Civix−DDI, LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

  MINUTE entry before the Honorable David H. Coar: Set deadlines/hearing as to motion to dismiss[26] :Responses due by 6/17/2008, Replies due by 7/1/2008. Motion to dismiss [26]is set for 8/27/2008 at 09:00 AM. The scheduling conference set for 6/23/2008 is stricken and the Scheduling Conference is reset for 7/15/2008 at 09:00 AM. Parties need not appear on the noticed motion date of 5/27/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.