## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MAPQUEST, INC. )<br>a Delaware Corporation, )<br>)<br>   Plaintiff, )<br>)<br>             )<br>  vs. )<br>)<br>)<br>CIVIX-DDI, LLC )<br>a Colorado corporation, )<br>)<br>)<br>   Defendant. ) | Civil Action No. 08-CV-1732<br><br>Hon. Judge David H. Coar |

### **PROPOSED SCHEDULING ORDER**

**1. Discovery**

The following time limits and deadlines shall be applicable.

  A. All disclosures required by Rule 26(a)(1) shall be made on or before July 18, 2008.

  B. Any amendments to pleadings or actions to join other parties shall be filed on or before September 30, 2008.

  C. The cutoff of fact discovery is April 27, 2009.

  D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before April 27, 2009.

  E. The parties may depose the other side's expert at any time prior to June 1, 2009.

  F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to May 22, 2009.

  G. The parties shall have until June 22, 2009 to depose the opposing party's rebuttal expert.

**2.** **Motions**

Any dispositive motions to be filed on or before July 22, 2009.

**3.** **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before October 22, 2009.

**4.** **Trial**

Trial is set in this matter on _____ at 10:00 a.m.

**5.** **Status Hearings**

A further status hearing/preliminary pretrial conference should be held on September 15, 2008.


Dated: _____

Judge David H. Coar
United States District Judge