IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAPQUEST, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIVIX-DDI, LLC, a Colorado Corporation,<br><br>Defendants. | Civil Action No. 08-CV-1732<br><br>Judge David H. Coar |

## AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER

Through the undersigned counsel, the parties hereby jointly inform the Court of their agreement on the terms of a proposed Protective Order to govern discovery and trial in this case. Under separate cover, the parties' proposed Protective Order will be submitted (via e-mail) to the Court for consideration.

Respectfully submitted,

/s/ *John A Leja*
John A. Leja
Gary Y. Leung
MCGUIRE WOODS, LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100

Brian C. Riopelle
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1084
***Attorneys for Plaintiff, Mapquest, Inc.***

/s/ *Gregory P. Casimer*
Gregory P. Casimer
David J. Sheikh
Paul K. Vickrey
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602-4515
Telephone: (312) 236-0733
***Attorneys for Defendant CIVIX-DDI, LLC***

1