IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAPQUEST, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIVIX-DDI, LLC, a Colorado Corporation,<br><br>Defendants. | Civil Action No. 08-CV-1732<br><br>Judge David H. Coar |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE THAT on Tuesday, July 29, 2008 at 9:00 a.m., counsel for CIVIX-DDI, LLC will appear before the Honorable David H. Coar or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 1419, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present the attached **AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER**.

Respectfully submitted,

/s/ *Gregory P. Casimer*
Gregory P. Casimer
David J. Sheikh
Paul K. Vickrey
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602-4515
Telephone: (312) 236-0733
Facsimile: (312) 236-1097
***Attorneys for Defendant CIVIX-DDI, LLC***

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF AGREED MOTION** which was filed electronically with the Court through the Electronics Case Filing System on July 23, 2008 will be sent electronically to the following registered counsel of record as identified on the Notice of Electronic Filing ("NEF"):

>John A. Leja
>Gary Y. Leung
>McGuire Woods, LLP
>77 W. Wacker Drive, Suite 4100
>Chicago, IL 60601
>(312) 849-8100
>Fax: (312) 641-2742
>jleja@mcguirewoods.com
>gleung@mcguirewoods.com
>*Attorneys for Plaintiff*

and that I caused the foregoing to be served via electronic transmission upon the following who is not an ECF participant:

>Brian C. Riopelle
>McGuire Woods, LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219-4030
>(804) 775-1084
>Fax: (804) 698-2150
>briopelle@mcguirewoods.com
>*Attorneys for Plaintiff*

>/s/ *Gregory P. Casimer*